

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FRANKLIN SILVERIO, | § | No. 08-20-00038-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 1 |
| TIFFANY SILVERIO, | § | of Bell County, Texas |
| Appellee. | § | (TC# 84,349) |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs in this Court for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF MAY, 2021.

GINA M. PALAFOX, Justice

Before Palafox, J., Alley, J., and Dominguez, Judge
Dominguez, Judge, sitting by assignment